UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TINNUS ENTEPRISES, LLC, | ) |
| and | ) |
| ZURU LTD., | ) Civ. Action No. 6:15-CV-00551 RWS-JDL |
| Plaintiffs, | ) |
| v. | ) |
| TELEBRANDS CORP., | ) |
| PROMETHEUS BRANDS, LLC | ) |
| and | ) |
| BED BATH & BEYOND INC. | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT

On this day came on to be considered Plaintiffs' Motion for a Preliminary Injunction and Memorandum in Support and having considered the arguments regarding this Motion the Court finding good cause and being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for a Preliminary Injunction and Memorandum in Support is hereby GRANTED in full.

IT IS HEREBY ORDERED:

1. Defendants, Telebrands Corp., Prometheus LLC and Bed Bath & Beyond Inc., and their officers, agents, servants, employees, attorneys, and all other persons or entities

who are in active concert or participation with any of them, are hereby preliminarily enjoined from making, using, importing, marketing, advertising, offering to sell, or selling the Balloon Bonanza product in the United States, until such time as the matter is heard on the merits.

2. This Order is effective immediately upon service on Defendants Telebrands Corp., Prometheus Brands, LLC and Bed Bath & Beyond Inc.