# EXHIBIT E

Claim chart showing infringement of U.S. Patent No. 9,051,066 ("'066 patent").

Telebrands' Balloon Bonanza product literally infringes at least claims 1, 3-4, 7-9 and 14 of the '066 patent.

| Claim of '066 patent: | Infringement by Telebrands' Balloon Bonanza product | Illustrative figures showing the Balloon Bonanza product |
|---|---|---|
| 1. An apparatus comprising: | The Balloon Bonanza literally infringes each and every element of claim 1 of the '066 patent, as set forth below. | |
| [1a] a housing comprising an opening at a first end, and | Telebrands' Balloon Bonanza includes a housing with an opening at the first end. The opening is used to secure the housing (blue portion in picture at right) to a hose or spigot. | Figure is a screen capture from www.buyballoonbonanza.com (last visited June 16, 2015) |

| | | |
|---|---|---|
| [1b] a plurality of holes extending through a common face of the housing at a second end; | The Balloon Bonanza has a common face at the second end of the housing, and the face has multiple holes extending through it. As can be seen in the figure at right, the blue housing portion has a plurality of holes through which tubes extend. | Figure is a photograph of the Balloon Bonanza housing.<br> |

| [1c] a plurality of flexible hollow tubes, each hollow tube attached to the housing at a respective one of the holes at the second end of the housing; | As shown in the figure at right, a plurality of flexible hollow tubes are each attached to one of the holes in the second end of the housing. Step 2 of the Balloon Bonanza instructions shows the tubes attached to the respective holes of the housing, and step 3 of the instructions illustrates that the tubes are flexible. | Figures are reproductions of steps 2 and 3 of instructions included in the packaging of the Balloon Bonanza. A full copy of the instructions is reproduced at the end of this exhibit.<br><br><br>2. Screw the connector end of Balloon Bonanza to the end of your hose.<br><br><br>3. If using a tub, place Balloon Bonanza in tub so balloons touch the water. If filling over grass, bring Balloon Bonanza close to the ground. Turn on water slowly and allow balloons to fill. |
|---|---|---|

| | | |
|---|---|---|
| [1d] a plurality of containers, each container removably attached to a respective one of the hollow tubes; and | The Balloon Bonanza includes a plurality of containers (balloons), each attached to one of the hollow tubes. As can be seen in the figure at right, a balloon is attached to each of the hollow tubes. | Figure is a reproduction of step 2 of instructions included in the packaging of the Balloon Bonanza. |
| [1e] a plurality of elastic fasteners, each elastic fastener clamping a respective one of the plurality of containers to a corresponding hollow tube, and | As shown in the figure at right, the Balloon Bonanza has a plurality of elastic fasteners. Each fastener clamps the neck of one of the balloons to a corresponding hollow tube. | Figure is a screen capture from www.buyballoonbonanza.com (last visited June 16, 2015). |

5

| | | |
|---|---|---|
| [1f] each elastic fastener configured to provide a connecting force that is not less than a weight of one of the containers when substantially filled with water, and | As shown in the promotional video (at approximately one minute and twenty-two seconds) provided on the www.buyballoonbonanza.com website (first figure at right) and the instructions included with the Balloon Bonanza (second figure at right), the balloons remain attached to the tubes even when they are substantially filled with water. Accordingly, each elastic fastener provides a connecting force that is not less than a weight of one of the containers when substantially filled with water. | Figure is a screen capture from a video found at www.buyballoonbonanza.com (last visited June 16, 2015).<br><br>Figure is a reproduction of step 3 of instructions included in the packaging of the Balloon Bonanza.<br> |

| | | |
|---|---|---|
| [1g] to automatically seal its respective one of the plurality of containers upon detaching the container from its corresponding hollow tube, | Each elastic fastener of the Balloon Bonanza seals its respective container upon the container detaching from the corresponding hollow tube. The www.buyballoonbonanza.com website explains, the balloons "automatically seal" when they are detached from the hollow tubes. | |
| [1h] such that shaking the hollow tubes in a state in which the containers are substantially filled with water overcomes the connecting force and causes the containers to detach from the hollow tubes thereby causing the elastic fasteners to automatically seal the containers, | Shaking the Balloon Bonanza when the balloons are substantially filled with water will overcome the connecting force and cause the balloons to detach from the tubes and the elastic fasteners to seal the balloons. Step 4 of the instructions included with the Balloon Bonanza instructs the user to "Turn off water and give balloons a shake to release." The released balloons are "automatically sealed." | Figure is a reproduction of step 4 of instructions included in the packaging of the Balloon Bonanza.<br><br>④ Turn off water and give balloons a shake to release. |
| [1i] wherein the apparatus is configured to fill the containers substantially simultaneously with a fluid. | The Balloon Bonanza fills the containers substantially simultaneously. The www.buyballoonbonanza.com website states that the Balloon Bonanza "lets you fill 40 balloons at one time." | |

7

| | | |
|---|---|---|
| 3. The apparatus of Claim 1, wherein the opening at the first end of the housing has a threaded inner surface. | The Balloon Bonanza literally infringes each and every element of claim 3 of the '066 patent.<br><br>The opening at the first end of the Balloon Bonanza housing has a threaded inner surface. The user is instructed, in Step 2 of the instructions included with the Balloon Bonanza, to "Screw the connector end of the Balloon Bonanza to the end of your hose." The Balloon Bonanza housing must have a threaded inner surface to engage the male threads of a hose. | Figure is a reproduction of step 2 of instructions included in the packaging of the Balloon Bonanza.<br><br>② Screw the connector end of Balloon Bonanza to the end of your hose. |
| 4. The apparatus of Claim 1, wherein each container comprises an expandable balloon portion. | The Balloon Bonanza literally infringes each and every element of claim 4 of the '066 patent.<br><br>The containers of the Balloon Bonanza are expandable balloons that necessarily include an expandable balloon portion. | |

8

| | | |
|---|---|---|
| 7. The apparatus of Claim 1, wherein the clamp is disposed outwardly from the container and clamps an inner surface of the container against an outer surface of the respective one of the plurality of tubes. | The Balloon Bonanza literally infringes each and every element of claim 7 of the '066 patent.<br><br>As shown in the figure at right, the clamp is disposed outside the neck of the balloon and clamps an inner surface of the balloon neck against an outer surface of the respective tube. | Figure is a screen capture from www.buyballoonbonanza.com (last visited June 16, 2015).<br> |
| 8. The apparatus of Claim 1, wherein the fluid comprises one or more of water, air and helium. | The Balloon Bonanza literally infringes each and every element of claim 8 of the '066 patent.<br><br>The Balloon Bonanza uses one of the fluids recited in claim 8, specifically water. The www.buyballoonbonanza.com website shows that the Balloon Bonanza is filled with water, and Step 3 of the instructions included with the Balloon Bonanza instructs the user to "Turn on water slowly and allow balloons to fill. | Figure is a reproduction of step 3 of instructions included in the packaging of the Balloon Bonanza.<br> |

| | | |
|---|---|---|
| 9. The apparatus of Claim 1, wherein each clamp elastic fastener comprises an O-ring configured to automatically seal the container in response to a force applied to the container in a direction away from the housing. | The Balloon Bonanza literally infringes each and every element of claim 9 of the '066 patent.<br><br>As shown in pictures and the promotional video on the www.buyballoonbonanza.com website, the clamp elastic fasteners of the Balloon Bonanza are O-rings that are configured to automatically seal the balloons when a force (shaking, gravity) applied to the container (balloon) in a direction away from the housing causes the balloon to be drawn off of the tube. | Figure is a screen capture from www.buyballoonbonanza.com (last visited June 16, 2015).<br><br><br><br>Figure is a screen capture from a video found at www.buyballoonbonanza.com (last visited June 16, 2015).<br><br> |

| | | |
|---|---|---|
| 9. The apparatus of Claim 1, wherein each clamp elastic fastener comprises an O-ring configured to automatically seal the container in response to a force applied to the container in a direction away from the housing. | The Balloon Bonanza literally infringes each and every element of claim 9 of the '066 patent.<br><br>As shown in pictures and the promotional video on the www.buyballoonbonanza.com website, the clamp elastic fasteners of the Balloon Bonanza are O-rings that are configured to automatically seal the balloons when a force (shaking, gravity) applied to the container (balloon) in a direction away from the housing causes the balloon to be drawn off of the tube. | Figure is a screen capture from www.buyballoonbonanza.com (last visited June 16, 2015).<br><br><br><br>Figure is a screen capture from a video found at www.buyballoonbonanza.com (last visited June 16, 2015).<br><br> |

| | | |
|---|---|---|
| 14. The apparatus of Claim 1, wherein each hole at the second end of the housing extends through an outer surface of the housing, the outer surface opposing the opening at the first end of the housing. | The Balloon Bonanza literally infringes each and every element of claim 14 of the '066 patent.<br><br>The holes of the Balloon Bonanza must extend through an outer surface of the housing opposite the opening at the first end in order to accommodate the flexible tubes. | |

11

Reproduction of full instructions included with Balloon Bonanza product:



Ages 8+

**WARNING:**
CHOKING HAZARD - Small parts. Not for children under 8 years.

Children under 8 years can choke or suffocate on uninflated balloons or broken balloons. Adult supervision required. Keep uninflated balloons from children. Discard broken balloons at once.

**Recommended for outdoor use.**
Before connecting Balloon Bonanza, turn on the water to remove any air from the hose.



1. For best results, fill a wide 10 gallon plastic tub half way up with water. If a tub is unavailable, use over soft grass.



2. Screw the connector end of Balloon Bonanza to the end of your hose.



3. If using a tub, place Balloon Bonanza in tub so balloons touch the water. If filling over grass, bring Balloon Bonanza close to the ground. Turn on water slowly and allow balloons to fill.



4. Turn off water and give balloons a shake to release.

For best results, use balloons within 10 minutes after filling.

Manufactured for

Fairfield, NJ 07004
©2015 Telebrands
www.telebrands.com
Made in China

**LIMITATION OF LIABILITY**
Liability limited to the purchase price of this product. Telebrands Corp. shall not be liable for any incidental or consequential damages or any implied warranty on this product. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

12