UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TINNUS ENTERPRISES, LLC, and ZURU LTD. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:15-cv-00551 RWS-JDL |
| TELEBRANDS CORP., et al., | § § § | JURY DEMANDED |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). On February 23, 2016, the Magistrate Judge issued a Report and Recommendation containing his proposed findings and recommending that Plaintiffs' Emergency Motion for Contempt of Court against Defendant Telebrands Corporation be denied. (Doc. No. 144.) No objections to the Report and Recommendation were filed during the prescribed objection period.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 18th day of March, 2016.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE